**FILED**
02/08/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

Willie G. Maffett

v.

(Full name of defendant(s)) Evansville Police Dept.
Officer(s) Seth Gorman & Ofcr. Brown (1st name unknown)
(BOTH INDIVIDUALLY AS OFFICERS w/ the Evansville Police Dept.)
Nicholas G. Hermann or Designee of his action (State of Indiana)
Vanderburgh Co. Sheriff's Dept. (Evansville)
City of Evansville, Indiana ; Vanderburgh Co. Indiana

Case Number: 3:23-cv-0015-RLY-MPB
(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)

    __3500 N Harlan Ave. Evansville In. Vanderburgh Co. Jail (47711)__
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Seth Gorman & Ofcr. Brown (E.P.D.) officials__
                                                   (Name)

-1-

is (if a person or private corporation) a citizen of  Evansville, Indiana
                                                    (State, if known)

and (if a person) resides at  Unknown
                              (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Evansville Police Dept. (1 N.W. Martin L. King Jr. Blvd.) Eville, In. 47708
            (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM(s)

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) Plaintiff, by this 42 U.S.C. 1983 state claims of my civil rights violations, and state law(s) claims against the City of Evansville, In.; The Evansville Police Dept., and Officers Seth Gorman (E.P.D), and Ofcr. Brown (1st name unknown)(E.P.D); in their individual and official capacities (City Defendants), as well as Vanderburgh Co. In. and the Vanderburgh Co. Sheriff's Dept. (County defendants), All violated both my constitutional and state law rights, while acting under the colors of law; Unlawfully Search, Seized, Arrested, Maliciously Prosecuted, and Wrongfully Imprisoned plaintiff while under duress, and without Probable Cause. (For 69 sixty-nine days)

(2) By documented record (Probable Cause Affidavit) of Ofcr. Gorman of the Evansville Police Dept. (E.P.D.), hereinafter, and Ofcr. Brown while …

...responding to a "9-1-1 hang-up" from an "Unknown" female, whom "made no allegation" of criminal activity; Being committed; Had been committed; or About to be committed to lead a reasonable person to believe any of the underlined above "Has occurred; In Absent of an Investigation, to determine"; A Probable Cause to Search, Seize, and Arrest Anyone, On August 20, 2021 @ 1656 S. Governor St. in Evansville, In.

Both ofcrs. (Brown & Gorman); By Unreasonable Force, violated the plaintiffs 4th Amendment Rights under the U.S. Constitutions on the above date, when they illegally searched plaintiff, in absent of individualized suspicion of wrong doing, and within the scope of their employment, and too; Making the City of Evansville "Liable" under the scope of employment rule, and giving plaintiff support to a Respondeat Superior Claims.

Plaintiff contends, and attest; Officers abused their authority, by forcefully searching, seizing, and arresting plaintiff without consent, or probable cause to do so, "and most importantly"; Neglected to conduct an "independent investigation", prior to searching, seizing, and arresting plaintiff on day of incident. Plaintiff further contends, and too, believe Ofcr. Gorman thereafter, prepared a Sworn Affidavit in order to establish probable cause for his and ofcr. Brown's illegal search and seizure.

(3) When an officer (ofcr.) is carrying out employment duties, physically controls someone, and then abuse employment-conferred power to illegally search, seize, and arrest someone, the city does not escape liability under respondeat superior for the illegal search, seizure, and arrest of his person, and deprivation of his liberty.

(4) Bodily Search of a person is inherently a violation of a persons privacy and Must Be justified By one's consent, Probable cause, or a Warrant; Neither was established by "Direct Proof", at time of incident, or by Central Dispatch Operator, (9-1-1) hang up.

Searches and Seizures (Inside A Home) without a warrant are presumptively unreasonable absent "Exigent Circumstances".

Officers Gorman nor Brown Articulated any suspicion of weapons, or any indications of weapons before they searched and seized anything in plaintiff's possession. The illegal seizure of paraphernelia on plaintiffs, did not validate, that plaintiff touched anyone in a rude, insolent, and angry manner for which he were "Wrongfully Arrested, and subsequently prosecuted. (Reversed 08/29/22)

Needless to say; The removal of the paraphernelia from plaintiffs pocket constituted/Validated An Illegal Search without Probable Cause.

Officers Never indicated they had Appropriate Suspicion of the plaintiff to conduct a search, subsequent to an arrest.

(5) Plaintiffs state claims of Due Process Violations under the 14th Amendments for a Malicious Prosecution (noting the extent of the officers actions in arresting the plaintiff), and further, for Claims of False Imprisonment under the 8th Amendment, and state Law Claims, where ofcr. Gorman (My Accuser) lacked probable cause, and procured a criminal prosecution without probable cause, and improper purpose; Resulting in an Affirmative Innocense, after being found guilty in plaintiff's initial trial on October 27, 2021; Again, Reversed By Court of Appeals on (8/29/22)

(6) Plaintiff contend and have reasons to believe the State's Attorney; and Hon. Judge Donald Vowels of the Vanderburgh Co. Superior #7 Misdemeanor Court solely relied upon the Probable Cause Affidavit to make a Determination of Probable Cause on the 20th day of August 2021.

-4-

(7) Plaintiff Attest; The Affidavit was weighed in favor of the ofcr's statement alone (Gorman) that a crime of Battery (Domestic) had been committed by the plaintiff; By way of Lowering/Lunging into the alleged victim, while carrying couch pillows with his shoulder, in a rude, insolent, and angry manner, as they observed "while walking" up to the residence, and personally observing the stated allegation(s).

The unprofessional antics of Ofcr. Seth Gorman's P.C. Affidavit caused plaintiff to be deprived of his liberty, and held for (69) days awaiting trial in the Vanderburgh Co. Sheriff's dept., and proceeding as his own attorney, (Pro Se), after being granted his Early Trial Request in open court, on the 20th day of August, 2021.

It's clear for the plaintiff to say: "Both the court and Prosecution proceeded to prosecute plaintiff; "In Absent Direct Evidence To Probable Cause".

Herenow, Plaintiff state affirmative claims where the above named Officials/defendants; Seth Gorman, Ofcr. Brown; City of Evansville, In.; Vanderburgh Co. In; Vanderburgh Co. Sheriff's Dept. for violating his 4th Amendment and 14th Amendment Rights; Rights that are secured by the Constitutions of the United States.

Evidence will show, that the said defendants committed acts of Unreasonable Search, Seizure, Arrest, Malicious Prosecution; By Committing said Plaintiff to an Unfair Trial; by violating his due process to the discovery material in a "timely manner"; so that plaintiff could Effectively Prepare for Trial. Records will show, plaintiff diligently requested evidence that will Exonerated him at trial. On the 13th day of October, 2021, Judge Marcrum (Superior Court Magistrate), ordered for the State to forward body cam footage to the Vanderburgh Co. Jail; And for the jail's ofcr. to "provide the viewing of the evidence. The jail officials, both deputies and Sheriff Wedding, denied plaintiff access of the evidence, and shall be found to violating his Due Process Rights to a fair and expeditious trial, under the 14th Amendments...

-5-

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $30,000.00 @ $10,000 for each defendant named herein
Thirty-Thousand Dollars     Ten-Thousand Dollars

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

... All while acting under the color of State law. Plaintiff seeks monetary damages for violations of Both federal and State Torts against All said defendants, in their Individual and Official Capacities, for both Compensatory, and Punitive damages, for the pain and sufferings caused by the (69) days plaintiff was held against his will or consent in the Vanderburgh Co. Jail from August 20, 2021 to October 27, 2021, by way of an illegal search, seizure, and Unecessary Force, to falsely Arrest plaintiff, and falsify information to support a Malicious Prosecution. Plaintiff contend defendants acted with an "evil motive" or intent", or "reckless or callous indifference" to his federal and state law rights. Seeking the Maximum Allotted from "Each" defendant for each day served in custody for this action, in addition to the pain and sufferings sustained Herein.

/s/ Willie G. Moffett
WILLIE G. Moffett / I.F.P.

-6-

E.  **JURY DEMAND**

☑  Jury Demand – I want a jury to hear my case
OR

☐  Court Trial – I want a judge to hear my case

Dated this __4th__ day of __February__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__#3298 (V.C.J)__
Plaintiff's Prisoner ID Number

__3500 N. Harlan Ave., Evansville, In. 47711; Or__
__608 Jefferson Ave., Evansville, In. 47708__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.