UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WILLIE G. MAFFETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00015-RLY-CSW |
| EVANSVILLE POLICE DEPT., et al., | ) ) ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed without prejudice.

Date: 10/11/2024

Kristine L. Seufert, Clerk of Court

By: _Tina M. Doyle_

Deputy Clerk

_(signature)_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

WILLIE G. MAFFETT
3298
VANDERBURGH COUNTY DETENTION CENTER
VANDERBURGH COUNTY DETENTION CENTER
Inmate Mail/Parcels
3500 N. Harlan Ave.
Evansville, IN 47711